Anna Krauss, defendant in error, v. Northmore Garage and Safety Brake Service Company, plaintiff in error. Gen. No. 37,174.

Opinion filed December 19, 1934.
Theodore Johnson and Benjamin Levering, for plaintiff in error; Elmer H. Heitmann, of counsel. No appearance for defendant in error.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Anthony Buzinkis and John Demeske, plaintiffs in error. Gen. No. 37,198.

Opinion filed December 19, 1934.
W. G. Anderson, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William McGee, plaintiff in error. Gen. No. 37,265.

Opinion filed December 19, 1934.
Aaron H. Payne, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Justice Hall delivered the opinion of the court.

De Kalb Trust and Savings Bank et al., appellees, v. De Paul Educational Aid Society et al., appellants. De Paul University et al., defendants. Gen. No. 37,764.

Opinion filed December 19, 1934.
Chapman & Cutler, for certain appellants. Moses, Kennedy, Stein & Bachrach, for certain other appellant; Perry M. Chadwick, Julius Moses and Ralph F. Huck, of counsel. Shulman, Shulman & Abrams, for appellees; Meyer Abrams, of counsel.

Mr. Justice Hall delivered the opinion of the court.